```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

KEITH RICHARD HARRIS,

               Plaintiff,

vs.                                Case No. 2:03-cv-657-FtM-33SPC

DAVID RODRIGUEZ,

               Defendant.
_____/

**ORDER**

This matter is before the Court on consideration of United States Magistrate Judge Sheri Polster Chappell's Report and Recommendation (Doc. #115), filed on November 8, 2005, recommending that Rodriguez's Motion for Costs and Attorney's Fees(Doc. #106) be granted in part and denied in part.  No party has filed an objection to the report and recommendation.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n. 9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations.  28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions de

novo, even in the absence of an objection. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving de novo review to matters of law, the Court accepts the factual findings and legal conclusions of the magistrate judge, and the recommendation of the magistrate judge regarding the motion.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

1. Rodriguez's Request for Attorney's Fees and Costs Pursuant to 42 U.S.C. § 1988 is DENIED.

2. Rodriguez's Request for Attorney's Fees and Costs Pursuant to Fed.R.Civ.P 68 is DENIED.

3. Rodriguez's Request for Costs Pursuant to Fed.R.Civ.P 54(d) is DENIED.

4. Rodriguez's Request for Costs Pursuant to 28 U.S.C. § 1920 is GRANTED to the extent that the Court approves **$2,425.61** of the **$9,310.61** in costs requested.

**DONE AND ORDERED** at Fort Myers, Florida, this 30th day of November, 2005.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:
All Counsel of Record